

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-20-00467-CV

**IN RE** Stephen Patrick **BLACK**,

Original Mandamus Proceeding

# O R D E R

Appellant Stephen Patrick Black seeks to appeal the trial court's interlocutory "Biennial Review Order" signed on August 5, 2020 finding that "probable cause does not exist to believe that [Black's] behavioral abnormality has changed to the extent that he is no longer likely to engage in a predatory act of sexual violence." *See* TEX. HEALTH & SAFETY CODE ANN. §§841.101-.103 (biennial review process for civil commitment). The order did not modify any of the requirements of Black's civil commitment pursuant to Chapter 841 of the Texas Health and Safety Code and provided that "[a]ll requirements of the Final Judgment and Order of Commitment signed on April 7, 2016 shall remain unchanged and in full force and effect." As we noted in our previous opinion addressing our jurisdiction over Black's appeal from his 2018 biennial review order, the legislature did not specifically authorize an appeal from the trial court's initial probable cause determination and a biennial review order finding no probable cause does not constitute a final judgment; therefore, we do not have jurisdiction to conduct an appellate review of the order. *In re Commitment of Black*, 594 S.W.3d 590, 593 (Tex. App.—San Antonio 2019, no pet.). We issued a show cause order requesting that Black respond and show why this appeal should not be dismissed for lack of jurisdiction. In his response, Black requests that, "this present appeal be converted to a petition for writ of mandamus, to invoke this Court's jurisdiction." We GRANT the request in the interest of judicial efficiency.

The Clerk of this court is instructed to convert this appeal to an original mandamus proceeding. Appellant is ORDERED to file a mandamus petition in compliance with Texas Rule of Appellate Procedure 52.3 no later than ***thirty (30) days*** from the date of this order. If appellant fails to do so, this proceeding will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court